<pre>
                        UNITED STATES BANKRUPTCY COURT
                         MIDDLE DISTRICT OF PENNSYLVANIA
</pre>

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| Beth A. Shoff | **Chapter** 13 |
| **Debtor 1** | |
| | **Case No.** 1:15-BK-03743-HWV |
| | **Matter:** Motion for Termination of Wage Attachment Order |

## MOTION FOR TERMINATION OF WAGE ATTACHMENT ORDER

AND NOW, come the Debtor(s), Beth A. Shoff, through their attorney, Paul D. Murphy-Ahles, Esquire and DETHLEFS PYKOSH & MURPHY, who files the within Debtor(s)' Motion for Termination of Wage Attachment Order and aver as follows:

1) Debtor(s) filed a Chapter 13 Petition on or about August 31, 2015.

2) Debtor 1 receives regular income from employment with WellSpan Health which has been attached under 11 U.S.C. §1326 to fund Debtor(s)' Chapter 13 Plan.

3) Debtor 1 wishes to terminate this wage attachment.

WHEREFORE, Debtor(s) respectfully requests that this Court enter an Order directing the above-mentioned employer to cease immediately this wage attachment to the Chapter 13 Trustee.

Respectfully submitted,

Dated: October 5, 2020

/s/ Beth A. Shoff
_____
Debtor 1

**DETHLEFS PYKOSH & MURPHY**

/s/ Paul D. Murphy-Ahles
_____
Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Beth A. Shoff
**Debtor 1**

**Chapter** 13

**Case No.** 1:15-BK-03743-HWV

**Matter:** Motion for Termination of Wage Attachment Order

## ORDER OF COURT

UPON CONSIDERATION of the above-referenced Debtor(s)' Motion for Termination of Wage Attachment Order, IT IS HEREBY ORDERED that until further Order of this Court, the entity from whom Debtor 1 receives income should immediately cease the wage attachment in the amount of **$95.59** from each **bi-weekly** paycheck.

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Beth A. Shoff<br>**Debtor 1** | **Chapter** 13<br><br>**Case No.** 1:15-BK-03743-HWV<br><br>**Matter:** Motion for Termination of Wage Attachment Order |

## CERTIFICATE OF SERVICE

I hereby certify that on Monday, October 5, 2020, I served a true and correct copy of the **Debtor(s)' Motion for Termination of Wage Attachment Order and proposed Order** in this proceeding upon the following:

<u>Via USPS First Class Mail</u>
WellSpan Health
Attn: Payroll Administrator
1001 South George Street
York, PA 17403

<u>Via Electronic Means</u>
Charles J. DeHart, III, Esquire
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Office of the United States Trustee
Ronald Reagan Federal Building
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

/s/ Kathryn S. Greene

Kathryn S. Greene, Pa.C.P., Paralegal for
Paul D. Murphy-Ahles, Esquire